PER CURIAM.

(No. 75-CC-602—)

INSTANT PRINTING CORP., Claimant, *vs.* STATE OF ILLINOIS, DEPARTMENT OF LOCAL GOVERNMENT AFFAIRS, Respondent.

*Opinion filed April 11, 1975.*

INSTANT PRINTING CORP., Claimant, pro se.

WILLIAM J. SCOTT, Attorney General; WILLIAM J. KARAGANIS, Assistant Attorney General, for Respondent.

PER CURIAM.